■ In the Matter of Mac Truong, a Suspended Attorney. [776 NYS2d 462]—Motion to declare null and void the order of this Court entered December 2, 2003 (2 AD3d 27) denied. Motion to amend motion 5669 (M-608) denied. Motion to appoint Referee (M-1026) granted, as indicated. No opinion. Concur—Mazzarelli, J.P., Ellerin, Williams, Lerner and Gonzalez, JJ.